**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Texaz Table Restaurant of KS, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Urban Table** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-4614760** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**8232 Mission Rd**
**Prairie Village, KS 66208**
Number, Street, City, State & ZIP Code

**Johnson**
County

Mailing address, if different from principal place of business
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **urbantablekc.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district?***   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

         Contact name _____

         Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Texaz Table Restaurant of KS, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |



**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  9, 2019**
                     MM / DD / YYYY

X **/s/ Alan L. Gaylin**                              **Alan L. Gaylin**
   Signature of authorized representative of debtor        Printed name

Title    **CEO/Founder**

**18. Signature of attorney**

X **/s/ Sharon L. Stolte**                    Date **November  9, 2019**
   Signature of attorney for debtor                    MM / DD / YYYY

**Sharon L. Stolte #14302**
Printed name

**Sandberg Phoenix & von Gontard PC**
Firm name

**4600 Madison Ave., Suite 1000**
**Kansas City, MO 64112**
Number, Street, City, State & ZIP Code

Contact phone   **816-627-5543**        Email address   **sstolte@sandbergphoenix.com**

**#14302 KS**
Bar number and State

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an
   amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Bread & Butter Concepts, LLC** | | Relationship to you | **Parent** |
|---|---|---|---|---|
| District | **Kansas** | When | Case number, if known | |
| Debtor | **Texaz Crossroads, LLC** | | Relationship to you | **Affiliate** |
| District | **Kansas** | When | Case number, if known | |
| Debtor | **Texaz Plaza Restaurant, LLC** | | Relationship to you | **Affiliate** |
| District | **Kansas** | When | Case number, if known | |
| Debtor | **Texaz South Plaza, LLC** | | Relationship to you | **Affiliate** |
| District | **Kansas** | When | Case number, if known | |

DocuSign Envelope ID: 4BD9FE0E-DFA2-4D90-81BE-11C5B4835CAB

**RESOLUTION ADOPTED IN UNANIMOUS CONSENT
OF THE MEMBERS OF
TEXAZ TABLE RESTAURANT OF KS, LLC**

WHEREAS, it is in the best interest of Texaz Table Restaurant of KS, LLC d/b/a Urban Table ("Urban Table"), to file a Voluntary Bankruptcy Petition in the United States Bankruptcy Court for the District of Kansas, pursuant to Chapter 11 of Title 11 of the United States Code;

BE IT THEREFORE RESOLVED, that Alan L. Gaylin, as Managing Member/CEO of Urban Table, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 Voluntary Bankruptcy Petition on behalf of Urban Table; and

BE IT FURTHER RESOLVED, that Alan L. Gaylin, as Managing Member/CEO of Urban Table, is authorized and directed to appear in all Bankruptcy proceedings on behalf of Urban Table, and to otherwise do and perform all acts and deeds, and to execute and deliver all necessary documents on behalf of Urban Table in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that Alan L. Gaylin, as Managing Member/CEO of Urban Table, is authorized and directed to employ Sharon L. Stolte an attorney for the law firm of Sandberg Phoenix & von Gontard P.C., and the law firm of Sandberg Phoenix & von Gontard P.C., to represent Urban Table in such bankruptcy case.

Dated: 11/8/2019

Signed: _____
Alan L. Gaylin, Managing Member

Signed: _____
S. Glynn Roberts, Member

Signed: _____
Jean Roberts, Member

12447029.1

Fill in this information to identify the case:

Debtor name   **Texaz Table Restaurant of KS, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF KANSAS**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bread & Butter Concepts 1729 Cherry Street Kansas City, MO 64108** | | **Inter Company** | | | | **$762,478.00** |
| **Core Bank 12100 W Center Rd Omaha, NE 68144** | | **FF&E and Depository Accounts** | **Contingent Unliquidated** | **$1,452,357.18** | **$145,666.43** | **$1,306,690.75** |
| **CSI 18330 Edison Ave Chesterfield, MO 63005** | | **R&M** | **Unliquidated** | | | **$10,080.31** |
| **ECOLAB PEST 26252 Network Pl Chicago, IL 60673-1262** | | **Pest Control** | **Unliquidated** | | | **$1,012.00** |
| **ESPRESSO TECH 11614 W 90TH STREET OVERLAND PARK, KS 66214** | | **R&M** | **Unliquidated** | | | **$1,397.08** |
| **Evergy 4400 E. Front St Kansas City, MO 64120** | | **Electricity** | **Contingent Unliquidated** | | | **$1,124.84** |
| **EXCEL LINENS 501 Funston St Kansas City, MO 66115** | | **Linen supply** | **Unliquidated** | | | **$14,313.31** |
| **FARM TO MARKET 100 East 20th St Kansas City, MO 64108** | | | **Unliquidated** | | | **$6,839.79** |
| **IBS MIDWEST 3913 S LYNN CT INDEPENDENCE, MO 64055** | | **Tech Support** | **Unliquidated** | | | **$2,207.11** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| KALDI'S COFFEE 3983 Gratiot ST. LOUIS, MO 63110 | | Inventory | Unliquidated | | | $2,403.96 |
| KANSAS DEPARTMENT OF REVENUE PO BOX 758572 TOPEKA, KS 66675 | | LIQUOR SALES TAX | Unliquidated | | | $3,141.00 |
| KANSAS DEPARTMENT OF REVENUE PO BOX 758572 TOPEKA, KS 66675 | | FOOD SALES TAX | Unliquidated | | | $9,385.00 |
| LIBERTY FRUIT 1247 Argentine Boulevard Kansas City, KS 66105-1508 | | | Unliquidated | | | $6,514.00 |
| P1 GROUP INC. 13605 W 96th Terrace LENEXA, KS 66215 | | R&M | Unliquidated | | | $4,364.73 |
| S. Glynn Roberts 1804 Wroxton Houston, TX 77005 | | Member Loan | | | | $514,543.00 |
| SEATTLE FISH CO. 4300 N. Mattox Rd Riverside, MO 64150 | | Inventory | Unliquidated | | | $9,632.69 |
| SYSCO KANSAS CITY INC 1915 KANSAS CITY ROAD PO BOX 820 OLATHE, KS 66061-0820 | | Inventory | Unliquidated | | | $6,576.97 |
| Texaz Plaza Restaurant, LLC 600 Ward Parkway Kansas City, MO 64112 | | | | | | $52,457.00 |
| Texaz South Plaza, LLC 4800 Main Street Kansas City, MO 64112 | | | | | | $41,945.00 |
| US FOODS 16805 COLLEGE BLVD LENEXA, MO 66219 | | Inventory | Contingent Unliquidated | | | $26,663.56 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor name **Texaz Table Restaurant of KS, LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | **$2,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Core Bank** | **Operating Checking Account** | 9759 | $13,624.39 |
| 3.2. | **Core Bank** | **Payroll Checking Account** | 9770 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $15,624.39
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Building security deposit with GRI Corinth North, LLC** | $11,506.00 |
|---|---|---|

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                        | $11,506.00 |

       Add lines 7 through 8. Copy the total to line 81.

---

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.     **Raw materials** | | | | |
| 20.     **Work in progress** | | | | |
| 21.     **Finished goods, including goods held for resale** | | | | |
| 22.     **Other inventory or supplies** Food Inventory | 10/31/2019 | $17,928.00 | | $17,928.00 |
|         Liquor Beer Wine | 10/31/2019 | $6,478.00 | | $6,478.00 |

23.    **Total of Part 5.**                                                        | $24,406.00 |

       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Restaurant Food Service FF&E (see attached)** | $8.43 | 2017 Appraisal a | $66,190.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $66,190.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

| **Due from Texaz Crossroads, LLC** | **19,904.00** - | **0.00** = | **$19,904.00** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| **$19,904.00** |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$15,624.39** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$11,506.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$24,406.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$66,190.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$19,904.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$137,630.39** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$137,630.39** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**URBAN TABLE - 8232 MISSION RD. PRAIRIE VILLAGE KS 66208**

**PATIO**
6) 4-top tables
20) Patio chairs
**TERRACE AREA**
2) 6-top tables
3) 4-top tables
1) 4-top table
6) 2-top table
27) Chairs
1) Large metal work table
**BAR**
14) Metal bar stools
2) 3-Door reach-in coolers
1) Double glass chiller cooler
2) Hand sinks
**MAIN DINING ROOM**
1) 6-top tables
2) 2-top tables
9) 4-top tables
5) 4-top tables
58) Chairs
2) Large island butcher block/granite
1) 2-door reach-in cooler
2) Soup wells
**WAITING AREA**
10) Bar stools wood
1) Host stand
3) Free standing wine display
**SERVER LINE**
1) LaMaazotco double espresso machine
1) True 2-door reach-in cooler
2) Stainless steel work tables
1) Large island piece, granite
3) Coffee bean grinders
1) Double coffee brewer
1) Small stainless work table
**PREP LINE**
1) Garland oven w/flattop
1) Crescor proofer
1) Vulcan double convection oven
2) True reach-in coolers
1) Stainless double compartment sink
1) Small stainless steel work table
1) Small freezer
1) Sunfire oven/range

1) Flattop grill
1) Vulcan broiler
2) Pitco fryers
2) Large 4-drawer lowboy coolers
2) 2-door lowboy cooler w/prep wells on top
1) Cold well built table
1) Wells 2-drawer warmer
1) Royal salamander
1) 3-Well sink

**DOWNSTAIRS**

1) Arctic air reach-in freezer
1) Large butcher block prep table
1) 2-Compartment sink
2) Stainless work tables
1) Stainless work table small
1) GE microwave
3) Waffle makers

Fill in this information to identify the case:

Debtor name **Texaz Table Restaurant of KS, LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Core Bank** | Describe debtor's property that is subject to a lien | $1,452,357.18 | $145,666.43 |
|---|---|---|---|---|

| Creditor's Name | **FF&E and Depository Accounts** |
|---|---|

**12100 W Center Rd**
**Omaha, NE 68144**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,452,357.18 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Small Business Administration**<br>**220 West Douglas Ave**<br>**Ste. 450**<br>**Wichita, KS 67202** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name   **Texaz Table Restaurant of KS, LLC**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

| 2.1 | **AKE, ALFONSO**<br>**4705 GLADSTONE BLVD**<br>**KANSAS CITY, MO 64123** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number  **0983**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | **BAUER, BRADLEY**<br>**15508 WHITE DRIVE**<br>**BELTON, MO 64012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number  **2497**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BENITEZ, GUADALUPE**
**7 Pasadena Dr**
**Olathe, KS 66061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **0914**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BERNING, MEGAN AMANDA**
**9231 OUTLOOK DRIVE**
**OVERLAND PARK, KS 66207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2446**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BIRNBAUM, SIDELLE**
**2708 HOLMES ST APT 2N**
**KANSAS CITY, MO 64109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2082**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BONILLA, RUDY**
**5409 ANTIOCH RD. APT 5**
**KANSAS CITY, KS 66202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1003**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**CHAVEZ, JUAN**
**2207 ELIZABETH AVE**
**KANSAS CITY, KS 66102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **0706**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**CHIVERTON, JOHN PAUL**
**3007 WEST 82ND TERRACE**
**LEAWOOD, KS 66206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2369**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**COATES, HEIDI**
**6443 W. 51ST TERRACE**
**MISSION, KS 66202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **0740**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**CORTEZ, JULIAN**
**9540 HALSEY #215**
**LENEXA, KS 66215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **0827**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 19-22399    Doc# 1    Filed 11/09/19    Page 19 of 67

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CRAWFORD, RACHAEL N**
**5101 W 102ND STREET**
**OVERLAND PARK, KS 66207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2378**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CUSICK, KORL**
**3150 Woodview Ridge Dr #106**
**KANSAS CITY, KS 66103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1977**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**FEICKE, JOCELYN**
**4741 CENTRAL ST #508**
**KANSAS CITY, MO 64112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2076**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**FLORES, ARMANDO**
**8525 HOLMES #229**
**KANSAS CITY, MO 64131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **0143**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **FORT, TAYLOR ALEXIS** | *Check all that apply.* | | |
| | **SHAWNEE MISSION EAST HIGH** | ☐ Contingent | | |
| | **SCHOOL** | ☐ Unliquidated | | |
| | **PRAIRIE VILLAGE, KS 66208** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| --- | --- | --- |
| | **10/16-10/31/19** | |

Last 4 digits of account number **2460**       Is the claim subject to offset?

Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                        ☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **GAJAN, JASON** | *Check all that apply.* | | |
| | **2120 Wyandotte St. #7** | ☐ Contingent | | |
| | **KANSAS CITY, MO 64108** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| --- | --- | --- |
| | **10/16-10/31/19** | |

Last 4 digits of account number **0164**       Is the claim subject to offset?

Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                        ☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **GARCIA, ADRIAN** | *Check all that apply.* | | |
| | **910 PENNSYLVANIA AVE 803** | ☐ Contingent | | |
| | **KANSAS CITY, MO 64105** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| --- | --- | --- |
| | **10/16-10/31/19** | |

Last 4 digits of account number **2505**       Is the claim subject to offset?

Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                        ☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **HERRERA, JOSE** | *Check all that apply.* | | |
| | **9276 Conser St.** | ☐ Contingent | | |
| | **Overland Park, KS 66212** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| --- | --- | --- |
| | **10/16-10/31/19** | |

Last 4 digits of account number **0793**       Is the claim subject to offset?

Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                        ☐ Yes

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**HOBBS, ETHAN ANDREW**
**2030 W 84TH TER**
**LEAWOOD, KS 66206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2195**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**JOHNSOM, MOLLY**
**12002 W. 82ND TERRACE**
**LENEXA, KS 66215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2469**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**JOHNSON, MELINDA RAE**
**14608 E 33RD ST S**
**INDEPENDENCE, MO 64055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2388**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,385.00 | $9,385.00 |

**KANSAS DEPARTMENT OF**
**REVENUE**
**PO BOX 758572**
**TOPEKA, KS 66675**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/2019**

Basis for the claim:
**FOOD SALES TAX**

Last 4 digits of account number **0F01**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,141.00 | $3,141.00 |
|---|---|---|---|---|

**KANSAS DEPARTMENT OF REVENUE**
PO BOX 758572
TOPEKA, KS 66675

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/2019**

Basis for the claim:
**LIQUOR SALES TAX**

Last 4 digits of account number **0F01**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**KASH, COURTNEY**
1510 N 78TH STREET APT. 8
KANSAS CITY, KS 66112

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2515**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**KELLEY, EMMA**
8500 CHEROKEE LN
LEAWOOD, KS 66206

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2517**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**KENNISH, HANNAH SUE**
439 W. 104TH ST APT. A
KANSAS CITY, MO 64114

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2508**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|

**KIDWELL, NATALIE LINDSAY**
**6311 ASH STREET**
**PRAIRIE VILLAGE, KS 66208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2458**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|

**KLUSMAN, ROZANNE**
**P. O. BOX 8872**
**KANSAS CITY, MO 64114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2263**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|

**KNIPPER, SPENCER**
**3723 W 74th St**
**Prairie Village, KS 66208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1276**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|

**LOPEZ, JANETH**
**11915 BENNINGTON AVE**
**GRANDVIEW, MO 64030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1751**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MAASEN, MARK**
**8004 NEWTON ST.**
**OVERLAND PARK, KS 66204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1696**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MANN, LISA DIANE**
**7735 OAK STREET**
**KANSAS CITY, MO 64114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2437**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MARCELINO, ALONZO**
**2115 MINNIE ST**
**KANSAS CITY, MO 64124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1031**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MOORE, KAROL MAE**
**9326 PARK STREET**
**LENEXA, KS 66215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2523**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MORA, ADRIANA**
**3124 S 46TH TERRACE**
**KANSAS CITY, KS 66106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1018**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**OLVERA, JACQUELINE**
**8103 E 100TH TER**
**KANSAS CITY, MO 64134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **0884**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**PARISH, NICHOLAS**
**7901 JUNIPER DRIVE**
**PRAIRIE VILLAGE, KS 66208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **0433**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**PATEL, KHUSHBU**
**4100 TERRACE ST**
**KANSAS CITY, MO 64111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2482**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**PERRY, ISAAC**
**8706 SLEEP HOLLOW RD.**
**KANSAS CITY, MO 64114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1280**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**PRITCHARD, GAVIN**
**4926 STATE LINE ROAD**
**WESTWOOD HILLS, KS 66205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2524**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**RENSTROM, DANIELLE**
**4926 STATE LINE ROAD**
**WESTWOOD HILLS, KS 66205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2525**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**ROQUEZ, MAXIMINO**
**109W 79TH ST.**
**KANSAS, MO 64114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2310**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ROSANBALM, JOSHUA COREY**
**1516 SW HIGHLAND DR**
**LEES SUMMIT, MO 64081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2470**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**RUIZ, ISRAEL**
**11605 W 68TH TER**
**SHAWNEE, KS 66203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **0886**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SAMAYOA, EDGAR**
**4954 ANTIOCH RD**
**OVERLAND PARK, KS 66202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2503**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SUCHITE, EDIN**
**2341 TAUROMEE AVE**
**KANSAS CITY, KS 66102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2271**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|------|------|------|------|

**SUCHITE, ELISCO**
**2351 TAUROMEE APT 46**
**KANSAS CITY, KS 66108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **0825**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|------|------|------|------|

**SUTTON, ASHLEY NICOLE**
**15203 GRAND SUMMIT BLVD APT**
**203**
**GRANDVIEW, MO 64030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2281**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|------|------|------|------|

**TOWNSEND, ASHLEY N**
**15902 E 20TH ST**
**INDEPENDENCE, MO 64050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2283**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|------|------|------|------|

**URBANO, GUSTAVO**
**2506 79TH TERRACE**
**PRAIRIE VILAGE, KS 66208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **0953**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**VAZQUEZ, ADRIAN**
**7803 ENGLAND DR APT 102**
**OVERLAND PARK, KS 66208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **0870**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WOOFTER, JAKE**
**1900 W. 68TH ST**
**SHAWNEE MISSION, KS 66208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2462**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $540.00 |
|---|---|---|---|

**360 Commerical Cleaning**
**13827 Mackey St**
**Overland Park, KS 66223**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **43534**

Basis for the claim: **Cleaning**

Last 4 digits of account number **UNKNOWN**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $626.00 |
|---|---|---|---|

**ABSOLUTE SYSTEMS**
**16657 E 23rd St**
**Suite 346**
**Independence, MO 64055**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/18-8/19**

Basis for the claim: **Security monitoring**

Last 4 digits of account number **6632**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $442.00 |
|---|---|---|---|

**ALL STATE FIRE EQUIPMENT**
**1030 West 23rd St**
**Suite G**
**Independence, MO 64055**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **42859**

Basis for the claim: **R&M**

Last 4 digits of account number **UNKNOWN**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.25 |
|---|---|---|---|

**AMBROSI**
3023 Main Street
Kansas City, MO 64108

Date(s) debt was incurred __5/18-5/19__

Last 4 digits of account number __UNKNOWN__

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Knife sharpening__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $790.80 |
|---|---|---|---|

**Avid**
500 Southwest Blvd
Kansas City, MO 64108

Date(s) debt was incurred __

Last 4 digits of account number __1383__

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Telephone/Internet__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.90 |
|---|---|---|---|

**BAGEL WORKS**
1523 S. 45th Street
Kansas City, KS 66106

Date(s) debt was incurred __43604__

Last 4 digits of account number __UNKNOWN__

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Inventory__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $762,478.00 |
|---|---|---|---|

**Bread & Butter Concepts**
1729 Cherry Street
Kansas City, MO 64108

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Inter Company__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $822.95 |
|---|---|---|---|

**CINTAS**
1715 LINN ST
KANSAS CITY, MO 64116

Date(s) debt was incurred __6/19-10/19__

Last 4 digits of account number __1152__

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __First Aid Supplies__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,080.31 |
|---|---|---|---|

**CSI**
18330 Edison Ave
Chesterfield, MO 63005

Date(s) debt was incurred __2/19-7/19__

Last 4 digits of account number __0999__

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __R&M__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.00 |
|---|---|---|---|

**DAR PRO**
685 ADAMS ST
Kansas City, KS 66105

Date(s) debt was incurred __43375__

Last 4 digits of account number __9727__

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __R&M__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.25 |
| --- | --- | --- | --- |

**ECOLAB FOOD SAFETY**
24198 Network Place
Chicago, IL 60673

Date(s) debt was incurred **42801**
Last 4 digits of account number **UNKNOWN**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **R&M**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,012.00 |
| --- | --- | --- | --- |

**ECOLAB PEST**
26252 Network Pl
Chicago, IL 60673-1262

Date(s) debt was incurred **43635**
Last 4 digits of account number **0001**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Pest Control**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,397.08 |
| --- | --- | --- | --- |

**ESPRESSO TECH**
11614 W 90TH STREET
OVERLAND PARK, KS 66214

Date(s) debt was incurred **10/17-11/18**
Last 4 digits of account number **UNKNOWN**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **R&M**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $887.64 |
| --- | --- | --- | --- |

**Evergy**
4400 E. Front St
Kansas City, MO 64120

Date(s) debt was incurred _
Last 4 digits of account number **8492**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Electricity**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $927.15 |
| --- | --- | --- | --- |

**Evergy**
4400 E. Front St
Kansas City, MO 64120

Date(s) debt was incurred _
Last 4 digits of account number **0952**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Electricity**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,124.84 |
| --- | --- | --- | --- |

**Evergy**
4400 E. Front St
Kansas City, MO 64120

Date(s) debt was incurred _
Last 4 digits of account number **4262**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Electricity**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,313.31 |
| --- | --- | --- | --- |

**EXCEL LINENS**
501 Funston St
Kansas City, MO 66115

Date(s) debt was incurred **2/19-9/19**
Last 4 digits of account number **2691**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Linen supply**

Is the claim subject to offset? ☒ No ☐ Yes

Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,839.79 |
|---|---|---|---|

**3.18**

Nonpriority creditor's name and mailing address
**FARM TO MARKET**
**100 East 20th St**
**Kansas City, MO 64108**

Date(s) debt was incurred __6/19-10/19__

Last 4 digits of account number __UT__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$6,839.79

---

**3.19**

Nonpriority creditor's name and mailing address
**GASKET GUY KC**
**10645 Widmer**
**Lenexa, KS 66215**

Date(s) debt was incurred __43696__

Last 4 digits of account number __UNKNOWN__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __R&M__

Is the claim subject to offset? ☑ No ☐ Yes

$386.86

---

**3.20**

Nonpriority creditor's name and mailing address
**HASELWOOD LANDSCAPES LLC**
**PO BOX 2191**
**OLATHE, KS 66051**

Date(s) debt was incurred __4/19-5/19__

Last 4 digits of account number __UNKNOWN__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Landscaping__

Is the claim subject to offset? ☑ No ☐ Yes

$938.00

---

**3.21**

Nonpriority creditor's name and mailing address
**HOCKENBERGS**
**14603 West 112th Street**
**Lenexa, KS 66215-4096**

Date(s) debt was incurred __43740__

Last 4 digits of account number __8153__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __FOH/BOH Supplies__

Is the claim subject to offset? ☑ No ☐ Yes

$423.79

---

**3.22**

Nonpriority creditor's name and mailing address
**IBS MIDWEST**
**3913 S LYNN CT**
**INDEPENDENCE, MO 64055**

Date(s) debt was incurred __3/19-8/19__

Last 4 digits of account number __UNKNOWN__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Tech Support__

Is the claim subject to offset? ☑ No ☐ Yes

$2,207.11

---

**3.23**

Nonpriority creditor's name and mailing address
**JCW**
**PO Box 219948**
**Kansas City, MO 64121**

Date(s) debt was incurred _

Last 4 digits of account number __2852__

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Water /Sewer__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.24**

Nonpriority creditor's name and mailing address
**JCW**
**PO Box 219948**
**Kansas City, MO 64121**

Date(s) debt was incurred _

Last 4 digits of account number __2840__

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Water /Sewer__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.96 |
|---|---|---|---|

**JIM'S LOCK & SAFE**
**2005 NORTH 77TH STREET**
**KANSAS CITY, KS 66109**

Date(s) debt was incurred  __43747__

Last 4 digits of account number  __UNKNOWN__

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __R&M__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,403.96 |
|---|---|---|---|

**KALDI'S COFFEE**
**3983 Gratiot**
**ST. LOUIS, MO 63110**

Date(s) debt was incurred  __7/19-9/19__

Last 4 digits of account number  __UNKNOWN__

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Inventory__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kansas Dept of Revenue**
**Civl Tax Enforcement**
**PO Box 12005**
**Topeka, KS 66601-3005**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $749.61 |
|---|---|---|---|

**Kansas Gas**
**1421 N 3rd St**
**Kansas City, MO 64120**

Date(s) debt was incurred  _

Last 4 digits of account number  __8291__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gas__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,514.00 |
|---|---|---|---|

**LIBERTY FRUIT**
**1247 Argentine Boulevard**
**Kansas City, KS 66105-1508**

Date(s) debt was incurred  __9/19-10/19__

Last 4 digits of account number  __5387__

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.49 |
|---|---|---|---|

**M&H GAS**
**4230 Washington Avenue**
**Independence, MO 64055**

Date(s) debt was incurred  __7/19-9/19__

Last 4 digits of account number  __OT10__

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Propane__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.38 |
|---|---|---|---|

**New York Times**
**620 EIGHT AVENUE**
**NEW YORK, NY 10018**

Date(s) debt was incurred  __2/18-4/18__

Last 4 digits of account number  __7580__

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Subscription__

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,364.73 |
|---|---|---|---|

**P1 GROUP INC.**
13605 W 96th Terrace
LENEXA, KS 66215

Date(s) debt was incurred  **2/18-4/18**

Last 4 digits of account number  **UNKNOWN**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **R&M**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $514,543.00 |
|---|---|---|---|

**S. Glynn Roberts**
1804 Wroxton
Houston, TX 77005

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,632.69 |
|---|---|---|---|

**SEATTLE FISH CO.**
4300 N. Mattox Rd
Riverside, MO 64150

Date(s) debt was incurred  **5/19-10/19**

Last 4 digits of account number  **7946**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Inventory**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.89 |
|---|---|---|---|

**SERVICE CALL LLC**
1118 N.W. South Shore Dr.
Lake Waukomis, MO 64151

Date(s) debt was incurred  **42650**

Last 4 digits of account number  **UNKNOWN**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **R&M**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.80 |
|---|---|---|---|

**SLICE & SPICE**
19095 W 199TH ST
SPRINGHILL, KS 66083

Date(s) debt was incurred  **43741**

Last 4 digits of account number  **UNKNOWN**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Inventory**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.99 |
|---|---|---|---|

**Spectrum**
550 Westport Road
Kansas City, MO 64111

Date(s) debt was incurred  _

Last 4 digits of account number  **2701**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Telephone/Internet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,576.97 |
|---|---|---|---|

**SYSCO KANSAS CITY INC**
1915 KANSAS CITY ROAD
PO BOX 820
OLATHE, KS 66061-0820

Date(s) debt was incurred  **4/19-9/19**

Last 4 digits of account number  **5822**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Inventory**

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Texaz Plaza Restaurant, LLC**<br>**600 Ward Parkway**<br>**Kansas City, MO 64112** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$52,457.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Texaz South Plaza, LLC**<br>**4800 Main Street**<br>**Kansas City, MO 64112** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$41,945.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>**US FOODS**<br>**16805 COLLEGE BLVD**<br>**LENEXA, MO 66219** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$26,663.56** |
|---|---|---|---|
| | Date(s) debt was incurred  **43757** <br> Last 4 digits of account number  **4956** | Basis for the claim:  **Inventory**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>**US FOODS**<br>**16805 College Blvd**<br>**Lenexa, KS 66219** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Goods, Inventory, Equipment, and Fixtures**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Water One**<br>**10747 Renner Rd**<br>**Lenexa, KS 66219** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$211.87** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number  **2008** | Basis for the claim:  **Water /Sewer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Water One**<br>**10747 Renner Rd**<br>**Lenexa, KS 66219** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$122.79** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number  **2011** | Basis for the claim:  **Water /Sewer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>**WATTS UP**<br>**9320 Johnson Drive**<br>**Shawnee, KS 66203** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$179.09** |
|---|---|---|---|
| | Date(s) debt was incurred  **1/19-2/19** <br> Last 4 digits of account number  **UT** | Basis for the claim:  **FOH/BOH Supplies**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 12,526.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,475,467.81 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,487,993.81 |

Fill in this information to identify the case:

Debtor name **Texaz Table Restaurant of KS, LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental** | |
| | State the term remaining | | **Ecolab Dish** |
| | List the contract number of any government contract | | **24198 Network Place** |
| | | | **Chicago, IL 60673** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **GRI Corinth North LLC** |
| | List the contract number of any government contract | | **4350 East-West Highway** |
| | | | **Suite 400** |
| | | | **Bethesda, MD 20814** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Premises Lease** | |
| | State the term remaining | **21 months** | **GRI Corinth Square North, LLC** |
| | List the contract number of any government contract | | **success in interest to CSN** |
| | | | **PO Box 664001** |
| | | | **Dallas, TX 75266** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental** | |
| | State the term remaining | | **Ice Masters** |
| | List the contract number of any government contract | | **6218 Melrose** |
| | | | **Shawnee, KS 66203** |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5.    State what the contract or lease is for and the nature of the debtor's interest      **Payroll Service Agreement**

       State the term remaining

       List the contract number of any government contract

**PAYCOM PAYROLL, LLC DBA PAYCOM
7501 W MEMORIAL RD
Oklahoma City, OK 73142**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Bread & Butter Concepts** | **1729 Cherry Street Kansas City, MO 64108** | **Core Bank** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2 | **Texaz Crossroads, LLC** | **1720 Cherry Street Kansas City, MO 64108** | **Core Bank** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.3 | **Texaz Plaza Restaurant, LLC** | **600 Ward Parkway Kansas City, MO 64112** | **Core Bank** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.4 | **Texaz South Plaza, LLC** | **4800 Main Street Kansas City, MO 64112** | **Core Bank** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.5 | **Alan Gaylin** | **1720 Cherry St Kansas City, MO 64108** | **CSN Retail Partners LLC** | ☐ D _____ ☐ E/F _____ ■ G  **2.3** |

| Debtor | **Texaz Table Restaurant of KS, LLC** | Case number *(if known)* |
|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.6 | **Jean Roberts** | **3760 Carlon**<br>**Houston, TX 77005** | **CSN Retail Partners LLC** | ☐ D ____<br>☐ E/F ____<br>■ G ___2.3___ |
|---|---|---|---|---|

| 2.7 | **S. Glynn Roberts** | | **CSN Retail Partners LLC** | ☐ D ____<br>☐ E/F ____<br>■ G ___2.3___ |
|---|---|---|---|---|

Fill in this information to identify the case:

Debtor name    **Texaz Table Restaurant of KS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
         Copy line 88 from *Schedule A/B*................................................................................    $      0.00

     1b. **Total personal property:**
         Copy line 91A from *Schedule A/B*.............................................................................    $      137,630.39

     1c. **Total of all property:**
         Copy line 92 from *Schedule A/B*...............................................................................    $      137,630.39

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      1,452,357.18

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      12,526.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      1,475,467.81

4.    **Total liabilities** ........................................................................
     Lines 2 + 3a + 3b      $      2,940,350.99

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Texaz Table Restaurant of KS, LLC**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 9, 2019**      X **/s/ Alan L. Gaylin**
                                                 Signature of individual signing on behalf of debtor

                                                 **Alan L. Gaylin**
                                                 Printed name

                                                 **CEO/Founder**
                                                 Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Texaz Table Restaurant of KS, LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,510,106.00** |
| **For prior year:** From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$2,129,117.00** |
| **For year before that:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$2,449,137.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

---

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

---

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.     **See Attached** | | **$240,420.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:     Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:     Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Harvesters Raffle** | | **3/13/2019** | **$50.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **MoBank**<br>**A Division of BOKF, NA**<br>**PO BOX 26430**<br>**Kansas City, MO 64196** | **XXXX-5437** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **Unknown** |
| 18.2. | **MoBank**<br>**A Division of BOKF, NA**<br>**PO BOX 26430**<br>**Kansas City, MO 64196** | **XXXX-5445** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **Unknown** |
| 18.3. | **MoBank**<br>**A Division of BOKF, NA**<br>**PO BOX 26430**<br>**Kansas City, MO 64196** | **XXXX-5453** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **Unknown** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **CBIZ**<br>**700 W 47th Street**<br>**#1100**<br>**Kansas City, MO 64112** | |
| 26a.2.  **Tiffany Wolfe**<br>**12196 S. Brockway St**<br>**Olathe, KS 66061** | |
| 26a.3.  **Jeff Petersen**<br>**6000 W 88th Ter**<br>**Overland Park, KS 66207** | |
| 26a.4.  **Jeff Udell**<br>**8401 W 98th St.**<br>**Overland Park, KS 66212** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Tiffany Wolfe**<br>**12196 S. Brockway St**<br>**Olathe, KS 66061** | |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.  **CBIZ**<br>**700 W 47th Street**<br>**#1100**<br>**Kansas City, MO 64112** | |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.3.  **Jeff Petersen**<br>**6000 W 88th Ter**<br>**Overland Park, KS 66207** | |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.4.  **Jeff Udell**<br>**8401 W 98th St.**<br>**Overland Park, KS 66212** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jeff Udell** **8401 W 98th St.** **Overland Park, KS 66212** | |
| 26c.2. **Tiffany Wolfe** **12196 S. Brockway St** **Olathe, KS 66061** | |
| 26c.3. **Alan Gaylin** **2909 Tomahawk Road** **Prairie Village, KS 66208** | |
| 26c.4. **Restaurant 365** **500 Technology Dr.,** **Ste 200** **Irvine, CA 92618** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Core Bank** **12100 W Center Rd** **Omaha, NE 68144** |
| 26d.2. **Louie's Wine Dive** **4434 W. 90th Terr** **Overland Park, KS 66207** |
| 26d.3. **Taubman** **PO Box 695001** **Detroit, MI 48267** |
| 26d.4. **MREM BOT Property** **PO Box 310687** **Des Moines, IA 50331** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alan Gaylin** | **2909 Tomahawk Road** **Prairie Village, KS 66208** | **CEO** | **49** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Jean Roberts** | **3760 Carlon**<br>**Houston, TX 77005** | | **25.5** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **S. Glynn Roberts** | **1804 Wroxton**<br>**Houston, TX 77005** | | **25.5** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November  9, 2019**

**/s/ Alan L. Gaylin**                                             **Alan L. Gaylin**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    **CEO/Founder**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**List each creditor to whom you paid a total of $6,425 or more within the last 90 days**
**7/14/19-10/14/19**

| Location | Urban Table | | | | |
|---|---|---|---|---|---|

| Sum of Amount | Column Labels | | | | |
|---|---|---|---|---|---|
| Row Labels | Suppliers or Vendors | Secured Debt | Other | Services | Grand Total |
| ARROWHEAD MEATS | 7,320.77 | | | | 7,320.77 |
| Jul | 910.05 | | | | 910.05 |
| Aug | 2,448.62 | | | | 2,448.62 |
| Sep | 1,457.74 | | | | 1,457.74 |
| Oct | 2,504.36 | | | | 2,504.36 |
| GRI CORINTH NORTH LLC | | 24,500.00 | | | 24,500.00 |
| Jul | | 5,000.00 | | | 5,000.00 |
| Aug | | 14,500.00 | | | 14,500.00 |
| Sep | | 2,500.00 | | | 2,500.00 |
| Oct | | 2,500.00 | | | 2,500.00 |
| HOCKENBERGS | 6,989.41 | | | | 6,989.41 |
| Jul | 1,797.97 | | | | 1,797.97 |
| Aug | 2,938.48 | | | | 2,938.48 |
| Sep | 1,566.95 | | | | 1,566.95 |
| Oct | 686.01 | | | | 686.01 |
| KANSAS DEPARTMENT OF REVENUE | | | 10,651.09 | | 10,651.09 |
| Aug | | | 10,651.09 | | 10,651.09 |
| LIBERTY FRUIT | 21,938.15 | | | | 21,938.15 |
| Jul | 3,257.65 | | | | 3,257.65 |
| Aug | 8,170.00 | | | | 8,170.00 |
| Sep | 6,919.50 | | | | 6,919.50 |
| Oct | 3,591.00 | | | | 3,591.00 |
| PAYCOM | | | 44,681.22 | 1,702.98 | 46,384.20 |
| Jul | | | 9,614.43 | 407.79 | 10,022.22 |
| Aug | | | 17,985.55 | 919.14 | 18,904.69 |
| Sep | | | 17,081.24 | 376.05 | 17,457.29 |
| RIMANN WHOLESALE | 15,681.00 | | | | 15,681.00 |
| Jul | 5,404.07 | | | | 5,404.07 |
| Aug | 10,276.93 | | | | 10,276.93 |
| SEATTLE FISH CO. | 10,650.89 | | | | 10,650.89 |
| Jul | 1,772.83 | | | | 1,772.83 |
| Aug | 4,821.62 | | | | 4,821.62 |
| Sep | 4,056.44 | | | | 4,056.44 |
| TSYS | | | | 7,197.47 | 7,197.47 |
| Jul | | | | 62.66 | 62.66 |
| Aug | | | | 3,662.70 | 3,662.70 |
| Sep | | | | 3,472.11 | 3,472.11 |
| US FOODS | 89,107.55 | | | | 89,107.55 |
| Jul | 15,772.82 | | | | 15,772.82 |
| Aug | 33,980.62 | | | | 33,980.62 |
| Sep | 28,605.48 | | | | 28,605.48 |
| Oct | 10,748.63 | | | | 10,748.63 |
| Grand Total | 151,687.77 | 24,500.00 | 55,332.31 | 8,900.45 | 240,420.53 |

# United States Bankruptcy Court
### District of Kansas

In re **Texaz Table Restaurant of KS, LLC**

Case No. _____

Debtor(s)

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 50,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor  ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 9, 2019**

*Date*

**/s/ Sharon L. Stolte**

**Sharon L. Stolte #14302**
*Signature of Attorney*
**Sandberg Phoenix & von Gontard PC**
**4600 Madison Ave., Suite 1000**
**Kansas City, MO 64112**
**816-627-5543  Fax: 816-627-5532**
**sstolte@sandbergphoenix.com**
*Name of law firm*

---

360 Commerical Cleaning
13827 Mackey St
Overland Park KS 66223


ABSOLUTE SYSTEMS
16657 E 23rd St
Suite 346
Independence MO 64055


AKE, ALFONSO
4705 GLADSTONE BLVD
KANSAS CITY MO 64123


Alan Gaylin
1720 Cherry St
Kansas City MO 64108


ALL STATE FIRE EQUIPMENT
1030 West 23rd St
Suite G
Independence MO 64055


AMBROSI
3023 Main Street
Kansas City MO 64108


Avid
500 Southwest Blvd
Kansas City MO 64108


BAGEL WORKS
1523 S. 45th Street
Kansas City KS 66106


BAUER, BRADLEY
15508 WHITE DRIVE
BELTON MO 64012


BENITEZ, GUADALUPE
7 Pasadena Dr
Olathe KS 66061


BERNING, MEGAN AMANDA
9231 OUTLOOK DRIVE
OVERLAND PARK KS 66207

```
BIRNBAUM, SIDELLE
2708 HOLMES ST APT 2N
KANSAS CITY MO 64109


BONILLA, RUDY
5409 ANTIOCH RD. APT 5
KANSAS CITY KS 66202


Bread & Butter Concepts
1729 Cherry Street
Kansas City MO 64108


CHAVEZ, JUAN
2207 ELIZABETH AVE
KANSAS CITY KS 66102


CHIVERTON, JOHN PAUL
3007 WEST 82ND TERRACE
LEAWOOD KS 66206


CINTAS
1715 LINN ST
KANSAS CITY MO 64116


COATES, HEIDI
6443 W. 51ST TERRACE
MISSION KS 66202


Core Bank
12100 W Center Rd
Omaha NE 68144


CORTEZ, JULIAN
9540 HALSEY #215
LENEXA KS 66215


CRAWFORD, RACHAEL N
5101 W 102ND STREET
OVERLAND PARK KS 66207


CSI
18330 Edison Ave
Chesterfield MO 63005
```

CUSICK, KORL
3150 Woodview Ridge Dr #106
KANSAS CITY KS 66103


DAR PRO
685 ADAMS ST
Kansas City KS 66105


Ecolab Dish
24198 Network Place
Chicago IL 60673


ECOLAB FOOD SAFETY
24198 Network Place
Chicago IL 60673


ECOLAB PEST
26252 Network Pl
Chicago IL 60673-1262


ESPRESSO TECH
11614 W 90TH STREET
OVERLAND PARK KS 66214


Evergy
4400 E. Front St
Kansas City MO 64120


EXCEL LINENS
501 Funston St
Kansas City MO 66115


FARM TO MARKET
100 East 20th St
Kansas City MO 64108


FEICKE, JOCELYN
4741 CENTRAL ST #508
KANSAS CITY MO 64112


FLORES, ARMANDO
8525 HOLMES #229
KANSAS CITY MO 64131

FORT, TAYLOR ALEXIS
SHAWNEE MISSION EAST HIGH SCHOOL
PRAIRIE VILLAGE KS 66208


GAJAN, JASON
2120 Wyandotte St. #7
KANSAS CITY MO 64108


GARCIA, ADRIAN
910 PENNSYLVANIA AVE 803
KANSAS CITY MO 64105


GASKET GUY KC
10645 Widmer
Lenexa KS 66215


GRI Corinth North LLC
4350 East-West Highway
Suite 400
Bethesda MD 20814


GRI Corinth Square North, LLC
success in interest to CSN
PO Box 664001
Dallas TX 75266


HASELWOOD LANDSCAPES LLC
PO BOX 2191
OLATHE KS 66051


HERRERA, JOSE
9276 Conser St.
Overland Park KS 66212


HOBBS, ETHAN ANDREW
2030 W 84TH TER
LEAWOOD KS 66206


HOCKENBERGS
14603 West 112th Street
Lenexa KS 66215-4096


IBS MIDWEST
3913 S LYNN CT
INDEPENDENCE MO 64055

Ice Masters
6218 Melrose
Shawnee KS 66203


Internal Rev Service
PO Box 7346
Philadelphia PA 19101-7346


JCW
PO Box 219948
Kansas City MO 64121


Jean Roberts
3760 Carlon
Houston TX 77005


JIM'S LOCK & SAFE
2005 NORTH 77TH STREET
KANSAS CITY KS 66109


JOHNSOM, MOLLY
12002 W. 82ND TERRACE
LENEXA KS 66215


JOHNSON, MELINDA RAE
14608 E 33RD ST S
INDEPENDENCE MO 64055


KALDI'S COFFEE
3983 Gratiot
ST. LOUIS MO 63110


KANSAS DEPARTMENT OF REVENUE
PO BOX 758572
TOPEKA KS 66675


Kansas Dept of Health & Enviro
Office of Legal Services
1000 SW Jackson Suite 560
Topeka KS 66612-1368


Kansas Dept of Labor
Attn Legal Service
401 SW Topeka Blvd
Topeka KS 66603-3182

```
Kansas Dept of Revenue
Civl Tax Enforcement
PO Box 12005
Topeka KS 66601-3005


Kansas Gas
1421 N 3rd St
Kansas City MO 64120


KASH, COURTNEY
1510 N 78TH STREET APT. 8
KANSAS CITY KS 66112


KELLEY, EMMA
8500 CHEROKEE LN
LEAWOOD KS 66206


KENNISH, HANNAH SUE
439 W. 104TH ST APT. A
KANSAS CITY MO 64114


KIDWELL, NATALIE LINDSAY
6311 ASH STREET
PRAIRIE VILLAGE KS 66208


KLUSMAN, ROZANNE
P. O. BOX  8872
KANSAS CITY MO 64114


KNIPPER, SPENCER
3723 W 74th St
Prairie Village KS 66208


LIBERTY FRUIT
1247 Argentine Boulevard
Kansas City KS 66105-1508


LOPEZ, JANETH
11915 BENNINGTON AVE
GRANDVIEW MO 64030


M&H GAS
4230 Washington Avenue
Independence MO 64055
```

```
MAASEN, MARK
8004 NEWTON ST.
OVERLAND PARK KS 66204


MANN, LISA DIANE
7735 OAK STREET
KANSAS CITY MO 64114


MARCELINO, ALONZO
2115 MINNIE ST
KANSAS CITY MO 64124


MOORE, KAROL MAE
9326 PARK STREET
LENEXA KS 66215


MORA, ADRIANA
3124 S 46TH TERRACE
KANSAS CITY KS 66106


New York Times
620 EIGHT AVENUE
NEW YORK NY 10018


Office of the US Attorney
Robert J. Dole US Courthouse
Suite 360
500 State Avenue
Kansas City KS 66101


OLVERA, JACQUELINE
8103 E 100TH TER
KANSAS CITY MO 64134


P1 GROUP INC.
13605 W 96th Terrace
LENEXA KS 66215


PARISH, NICHOLAS
7901 JUNIPER DRIVE
PRAIRIE VILLAGE KS 66208


PATEL, KHUSHBU
4100 TERRACE ST
KANSAS CITY MO 64111
```

PAYCOM PAYROLL, LLC DBA PAYCOM
7501 W MEMORIAL RD
Oklahoma City OK 73142


PERRY, ISAAC
8706 SLEEP HOLLOW RD.
KANSAS CITY MO 64114


PRITCHARD, GAVIN
4926 STATE LINE ROAD
WESTWOOD HILLS KS 66205


RENSTROM, DANIELLE
4926 STATE LINE ROAD
WESTWOOD HILLS KS 66205


ROQUEZ, MAXIMINO
109W 79TH ST.
KANSAS MO 64114


ROSANBALM, JOSHUA COREY
1516 SW HIGHLAND DR
LEES SUMMIT MO 64081


RUIZ, ISRAEL
11605 W 68TH TER
SHAWNEE KS 66203


S. Glynn Roberts
1804 Wroxton
Houston TX 77005


SAMAYOA, EDGAR
4954 ANTIOCH RD
OVERLAND PARK KS 66202


SEATTLE FISH CO.
4300 N. Mattox Rd
Riverside MO 64150


SERVICE CALL LLC
1118 N.W. South Shore Dr.
Lake Waukomis MO 64151

```
SLICE & SPICE
19095 W 199TH ST
SPRINGHILL KS 66083


Small Business Administration
220 West Douglas Ave
Ste. 450
Wichita KS 67202


Spectrum
550 Westport Road
Kansas City MO 64111


SUCHITE, EDIN
2341 TAUROMEE AVE
KANSAS CITY KS 66102


SUCHITE, ELISCO
2351 TAUROMEE APT 46
KANSAS CITY KS 66108


SUTTON, ASHLEY NICOLE
15203 GRAND SUMMIT BLVD APT 203
GRANDVIEW MO 64030


SYSCO KANSAS CITY INC
1915 KANSAS CITY ROAD
PO BOX 820
OLATHE KS 66061-0820


Texaz Crossroads, LLC
1720 Cherry Street
Kansas City MO 64108


Texaz Plaza Restaurant, LLC
600 Ward Parkway
Kansas City MO 64112


Texaz South Plaza, LLC
4800 Main Street
Kansas City MO 64112


TOWNSEND, ASHLEY N
15902 E 20TH ST
INDEPENDENCE MO 64050
```

```
URBANO, GUSTAVO
2506 79TH TERRACE
PRAIRIE VILAGE KS 66208


US Dept of Health & Human Serv
Office of the General Counsel
601 East 12th Street Rm N1800
Kansas City MO 64106


US FOODS
16805 College Blvd
Lenexa KS 66219


VAZQUEZ, ADRIAN
7803 ENGLAND DR APT 102
OVERLAND PARK KS 66208


Water One
10747 Renner Rd
Lenexa KS 66219


WATTS UP
9320 Johnson Drive
Shawnee KS 66203


WOOFTER, JAKE
1900 W. 68TH ST
SHAWNEE MISSION KS 66208
```

**United States Bankruptcy Court**

**District of Kansas**

In re   **Texaz Table Restaurant of KS, LLC**                          Case No. _____

                                         Debtor(s)              Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO/Founder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 9, 2019**                       **/s/ Alan L. Gaylin**

                                              **Alan L. Gaylin**/CEO/Founder

                                              Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re __Texaz Table Restaurant of KS, LLC__                     Case No. _____

                                    Debtor(s)          Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO/Founder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __November  9, 2019__                     Signature __/s/ Alan L. Gaylin__

                                                        __Alan L. Gaylin__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Kansas

In re   **Texaz Table Restaurant of KS, LLC**     Case No.

                Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Texaz Table Restaurant of KS, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November  9, 2019**

Date

/s/ Sharon L. Stolte

**Sharon L. Stolte #14302**

Signature of Attorney or Litigant

Counsel for   **Texaz Table Restaurant of KS, LLC**

**Sandberg Phoenix & von Gontard PC**

**4600 Madison Ave., Suite 1000**
**Kansas City, MO 64112**
**816-627-5543 Fax:816-627-5532**
**sstolte@sandbergphoenix.com**